UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Friedman,

                     Plaintiff(s),

        - against -

Credit Protection Association L.P.,

                     Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:18-CV-07924 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.

Dated:
     White Plains, New York
     November 16, 2018

                                            _____
                                            CATHY SEIBEL, U.S.D.J.